NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOKAI CORPORATION, SCRIPTO-TOKAI, INC., AND CALICO BRANDS, INC.,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

v.

**EASTON ENTERPRISES, INC., A CALIFORNIA CORPORATION (DOING BUSINESS AS EASTON SALES) AND FLI, INC.,**
*Defendants-Cross Appellants,*

**and**

**FUN LINE INDUSTRIES, INC. AND EASTON ENTERPRISES, INC., A NEVADA CORPORATION,**
*Counterclaimants-Appellees.*

---

2010-1057, -1116

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-0883, Judge Virginia A. Phillips.

---

## ON MOTION

---

### O R D E R

Upon consideration of Easton Enterprises, Inc. et al.'s unopposed motion for leave to file an amended opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 0 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
Thomas T. Chan, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 0 2010

**JAN HORBALY**
**CLERK**